### AFFIDAVIT OF SPECIAL AGENT MICHAEL H. SIELAND

Special Agent **MICHAEL H. SIELAND** deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and I am currently assigned to FBI's office in Boston, Massachusetts. I have been a FBI Special Agent for the past six years.

2. I am submitting this affidavit in support of a criminal complaint charging LAMAR JOHNSON with possession of a firearm and ammunition by a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1).

3. This affidavit includes a summary of events on July 13, 2009 that I am personally familiar with as well as the observations and knowledge related to me by other FBI agents and Boston Police Department Officers. This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that Johnson committed the aforementioned offense.

4. I am familiar with an individual by the name of Lamar Johnson, also known as "King Bless." Johnson was born in March of 1987. I have reviewed Johnson's criminal record as reflected by the Massachusetts Criminal History Systems Board. As a result, I know that Johnson has been convicted in Massachusetts courts in the indicated years of the indicated offenses and received the

1

indicated sentences: in 2008 of assault and battery and sentenced to 90 days' imprisonment; in 2008 of false report of a crime and sentenced to 30 days; in 2008 of possession to distribute Class B and sentenced to 18 months; in 2006 of possession of burglary tools and use without authority and sentenced to probation; in 2005 of possession of marijuana and sentenced to probation; in 2005 possession of a firearm and sentenced to probation; and in 2004 of possession of crack cocaine and sentenced to 30 days. I know that most of these offenses are punishable under Massachusetts law by imprisonment for a term exceeding one year.

5. On July 13, 2009, at approximately 9:35 pm, FBI agents and BPD Officers were conducting surveillance at 380 Talbot Avenue when they observed a group of males exit the residence and enter two automobiles, a black Ford Explorer and a black Nissan Maxima. Agents and officers had received information that day that individuals traveling in the Ford Explorer would be in possession of illegal firearms. Officers approached the vehicles to conduct a threshold inquiry. As they did, an individual subsequently identified as Johnson, who had been entering the left rear door of the Explorer, reached to his waistband and attempted to flee. Officer Griffin stopped Johnson as he ran toward the rear of the Explorer. Officer Griffin then asked Johnson if he had anything he shouldn't have. Johnson stated that he had a gun in his waist. Officer Griffin then recovered a firearm from Johnson's waist band. The firearm, a PJK, 9mm, semi-automatic pistol bearing serial number B15489, was loaded with eleven rounds of ammunition. I have

consulted with Special Agent Daniel E. Campbell, who has been with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for 20 years and has gained substantial knowledge about where firearms are manufactured and what firearms and ammunition are or are not manufactured in Massachusetts. As a result, I learned that all PJK firearms are manufactured outside Massachusetts and that no ammunition is manufactured in Massachusetts. Therefore the firearm and ammunition recovered from Johnson in Boston on July 13, 2009 must have previously traveled in interstate or foreign commerce.

6. Based on the foregoing, there is probable cause to believe, and I do believe, that on July 13, 2009, Lamar Johnson, previously convicted of one or more offenses punishable by imprisonment for a term exceeding one year, violated federal law by possessing a firearm in or affecting commerce.

Michael H. Sieland
FBI Special Agent

Subscribed and sworn to
before me this 23rd day of
June 2010.

JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS